No. 43. KEETON, ADMINISTRATRIX, *v.* THOMPSON, TRUSTEE IN BANKRUPTCY. Submitted October 15, 1945. Decided November 5, 1945. *Per Curiam:* On examination of all the evidence considered in this case by the Supreme Court of Arkansas, we are of opinion that the question of respondent's negligence should have been submitted to the jury. The judgment will be reversed and the cause remanded for further proceedings not inconsistent with this opinion. *Messrs. Theron W. Agee* and *David S. Partain* submitted for petitioner. *Messrs. Thomas T. Railey* and *Thomas B. Pryor* submitted for respondent.

No. 421. McCALLUM *v.* BOARD OF MANAGERS AND THE GRIEVANCE COMMITTEE OF THE CHICAGO BAR ASSOCIATION. November 5, 1945. *Per Curiam:* The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question. *Mr. Charles A. Horsky* for appellant. *Mr. Charles Leviton* for appellees.

No. 42, Misc. BERNARD *v.* WRIGHT, WARDEN; and
No. 47, Misc. HILLIARD *v.* JOHNSTON, WARDEN. November 5, 1945. The motions for leave to file petitions for writs of habeas corpus are denied.

No. 46, Misc. IN RE YOUNG;
No. 48, Misc. HILLIARD *v.* ROCHE, U. S. DISTRICT JUDGE; and
No. 49, Misc. HILLIARD *v.* JOHNSTON, WARDEN. November 5, 1945. The motions for leave to file petitions for writs of mandamus are denied.